TO: MR. ABEL ACOSTA, CLERK, TEXAS COURT OF CRIMINAL APPEALS

FROM: Ted L. Robertson #1075868-Beto Unit-1391 F.M. 3328-Tennessee Colony, Tx 75880

RE: CAUSE# 94/11107-E

On Or About, June 1, 2015, Petitioner Filed his 11.07 Habeas Corpus Petition In This Court, "With Harris County District Clerk's Office". The "Asst. Harris County District Attorney, Has Already Responded."

But, "As Of Today August 27, 2015, Petitioner Has 'FAILED', To Receive An Order From The "Court", Concerning "Cause# 94/11107-E"

And, "Petitioner Has 'FAILED' To Receive, Any Form Of WRITTEN VERIFICATION", That "The Habeas Corpus Petition, In Cause# 94/11107-E, Was 'Filed And/or Received' By THE TEXAS COURT OF CRIMINAL APPEALS."

Please, "Immediately Send Me WRITTEN NOTIFICATION Of THE STATUS Of PETITIONER'S Habeas Corpus Petition, In Cause# 94/11107-E."

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 21 2015
Abel Acosta, Clerk

Executed/Mailed August 27, 2015